No. 73–1795. MASCAVAGE ET AL. *v.* SCHLESINGER, SECRETARY OF DEFENSE, ET AL.   C. A. D. C. Cir.   Certiorari denied.

No. 73–2010.   PETRAGLIA ET AL. *v.* UNITED STATES. C. A. 3d Cir.   Certiorari denied.

No. 73–6030.   SEDIVY *v.* SCHLESINGER, SECRETARY OF DEFENSE, ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 74–713.   ALVAREZ *v.* UNITED STATES;
No. 74–5684.   INFIESTA *v.* UNITED STATES;
No. 74–5685.   DEL CRISTO *v.* UNITED STATES;
No. 74–5736.   BUSIGO-CIFRE *v.* UNITED STATES;
No. 74–5804.   CALANA *v.* UNITED STATES; and
No. 74–5827.   FIGUEROA *v.* UNITED STATES.   C. A. 2d Cir.   Certiorari denied.

No. 74–746.   DIRECTOR OF CIVIL SERVICE OF MASSACHUSETTS ET AL. *v.* BOSTON CHAPTER, N.A.A.C.P., INC., ET AL.   C. A. 1st Cir.   Certiorari denied.

No. 74–764.   BARRY ET AL. *v.* UNITED STATES;
No. 74–781.   GERAGHTY ET AL. *v.* UNITED STATES;
No. 74–782.   BRAASCH *v.* UNITED STATES; and
No. 74–5752.   ARMSTRONG ET AL. *v.* UNITED STATES. C. A. 7th Cir.   Certiorari denied.

No. 74–778.   McHENRY ET AL. *v.* CITY OF MOBILE. Ct. Crim. App. Ala.   Certiorari denied.

No. 74–824.   PERSKY *v.* UNITED STATES; and
No. 74–913.   ZANE ET AL. *v.* UNITED STATES.   C. A. 2d Cir.   Certiorari denied.